

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2020

No. 04-19-00563-CV

Miriam **LEDEZMA**,
Appellant

v.

**LAREDO HOUSING AUTHORITY**,
Appellee

From the County Court at Law, Webb County, Texas
Trial Court No. 2018CVD000029L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Appellee's second motion for an extension of time to file its brief is granted. We order appellee's brief due May 4, 2020. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2020.

Michael A. Cruz,
Clerk of Court